USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/18

At the United States District Court, Southern District of New York, at the Courthouse located 500 Pearl Street, New York, New York on the ___ day of _____, 2018

PRESENT: HON. P. KEVIN CASTEL

---------------------------------------------------------------x
P.P.H., an infant, by his mother and natural guardian, JESSICA PEREZ,

          Plaintiff,

Case No.: 1:17-cv-06170-PKC

-against-

**ORDER TO SHOW CAUSE**

THE CITY OF NEW YORK, POLICE OFFICER LUIS REYES, DETECTIVE DANIEL BRADY, DETECTIVE DAVID TERRELL, and DAVID SLOTT,

          Defendants.
---------------------------------------------------------------x

**UPON** the Affidavit of MICHAEL A. FRUHLING, ESQ., dated the 21st day of June, 2018, together with the exhibits annexed thereto, let the Defendants and Plaintiff, P.P.H., **SHOW CAUSE** before this Court ~~at Courtroom 11D,~~ in writing to be filed on or before ~~thereof to be held at the United States District Court, Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York~~ 31st day of July, 2018 ~~at ____ o'clock in the forenoon of that day or as soon thereafter as counsel can be heard;~~

/PKC/

**WHY AN ORDER** should not be made permitting GERSOWITZ LIBO & KOREK, P.C. to withdraw as counsel for Plaintiff, P.P.H., and granting Plaintiff P.P.H. 45 days to retain new counsel should the application of GERSOWITZ LIBO & KOREK, P.C. be granted.

**ORDERED** that service of a copy of this Order and a copy of the papers upon which the same is granted be served by first class mail and certified mail – return receipt requested upon the last known address of P.P.H., on or before the 16th day of July, 2018, be deemed good and sufficient service.

**ORDERED** that service of a copy of this Order and a copy of the papers upon which the same is granted be served via first class mail and certified mail – return receipt requested upon Defendants, THE CITY OF NEW YORK, POLICE OFFICER LUIS REYES, DETECTIVE DANIEL BRADY, DETECTIVE DAVID TERRELL, and DAVID SLOTT, by and through their counsel, ZACHARY W. CARTER, 100 Church Street, Rm. 3-163, New York, NY 10007, and upon NWOKORO & SCOLA, ESQ., outgoing counsel, 44 Wall Street, Suite 1218, New York, New York 10005, on or before the 16th day of July, 2018 be deemed good and sufficient service.

ENTER:

P. Kevin Castel
United States District Judge

7-13-18